JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA RUTH LIXENBERG,<br><br>Plaintiff,<br><br>v.<br><br>BIOWORLD MERCHANDISING, INC.; *et al.*,<br><br>Defendants. | Case No.: CV15-07242-MWF-MRW<br>*Hon. Michael W. Fitzgerald Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii); and

2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: May 15, 2017      By: _____
                             HON. MICHAEL W. FITZGERALD
                             UNITED STATES DISTRICT JUDGE